| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>dcarlon@kmllawgroup.com<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-8HE, Asset-Backed Certificates, TMTS 2005-8HE |
| In Re:<br><br>    Draksin, Dimitrije aka Dimitre Draskin, aka Dimitrije Draskin |

**Order Filed on February 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-29206 JKS

Hearing Date: **February 26, 2019 at 10:00 A.M.**

Judge:  John K. Sherwood

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

Upon the motion of Specializ[ed Loan Servicing LLC as servicer for U.S. Bank National] Association, as Trustee for Terwin Mor[tgage Trust 2005-]8HE, under

**DATED: February 27, 2019**

Bankruptcy Code section 362(a) for [relief from the automatic stay as] hereinafter set forth, and for cause s[hown, it is]

Honorable John K. Sherwood
United States Bankruptcy Court

ORDERED that the automat[ic stay is modified to permit the movant to institute or resume] and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as Lot 10, Block 109 ,    200 Cedar Street, Ridgefield Park NJ 07660**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*